UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2024 OCT -9 PM 2:25

CLERK

BY _____
DEPUTY CLERK

| | |
|---|---|
| JOHNATHAN J. BILLEWICZ and LILLIAN E. BILLEWICZ, <br><br> Plaintiffs, <br><br> v. <br><br> TOWN OF FAIR HAVEN, VERMONT, JOSEPH GUNTER, Town Manager, and WILLIAM T. HUMPHRIES, Chief of Police, <br><br> Defendants. | Case No. 2:24-cv-905 |

**ORDER**

The court's Order of September 6, 2024, dismissed Plaintiffs' proposed complaint and—after discussing the factors listed in *Safir v. United States Lines Inc.*, 792 F.2d 19, 24 (2d Cir. 1986)—ordered them to show cause within 30 days why the court should not impose an injunction prohibiting them from commencing further actions in this court against the Town of Fair Haven or Town officials without leave. (Doc. 4 at 12.) Plaintiffs have not filed a response.

Based on the analysis set forth in that prior Order, Defendants are ENJOINED from commencing further actions in this court against the Town of Fair Haven or Town officials without prior leave from the court. This order means that Plaintiffs Jonathan J. Billewicz and Lillian E. Billewicz must submit any such filing to the court for review by a judge before it will be accepted by the clerk's office for filing. Failure to follow this procedure may result in a finding of contempt with appropriate sanctions. SO ORDERED.

Dated at Burlington, in the District of Vermont, this 9th day of October, 2024.

/s/ Geoffrey W. Crawford
District Judge
United States District Court