# UNITED STATES DISTRICT COURT
for the
District of Vermont

Johnathan J. Billewicz, Lillian E. Billewicz

*Plaintiff(s)*

v.

Town of Fair Haven, Vermont; Joseph Gunter, *Town Manager, official and individual capacity*; William T. Humphries, *Chief of Police, official and individual capacity*

*Defendant(s)*

Civil Action No. 2:24-cv-00905

## JUDGMENT IN A CIVIL ACTION

☐ **Jury Verdict.**

☑ **Decision by Court.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's Order (Document No. 4) filed on September 6, 2024, plaintiffs have not plausibly alleged constitutional violation and their derivative negligence claims are also not plausible. Therefore, the Complaint (Document. No. 5) is DISMISSED under 28 U.S.C. § 1915(e)(2)(B).

The court hereby certifies under 28 U.S.C. §1915(a)(3) any appeal of the dismissal of the complaint would not be taken in good faith.

Date: November 5, 2024

*JEFFREY S. EATON*
*CLERK OF COURT*

JUDGMENT ENTERED ON DOCKET
DATE ENTERED: 11/5/2024

/s/ Sharrah J. LeClair
*Signature of Clerk or Deputy Clerk*